IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JACK SOLBERG,<br><br>                Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY and JOHN DOE I,<br><br>                Defendants. | CV 17-29-BLG-SPW-TJC<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO APPEAR BY TELEPHONE AT PRELIMINARY PRETRIAL CONFERENCE** |

Defendant Allstate Fire and Casualty Insurance Company has filed an unopposed motion for counsel to appear by telephone at the Preliminary Pretrial Conference. (Doc. 9.) That motion being unopposed and good cause appearing, IT IS HEREBY ORDERED that Defendant's motion is GRANTED.

Counsel for Defendant may appear by telephone at the May 1, 2017, Preliminary Pretrial Conference. Counsel shall follow the below steps to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555
3. Press #
4. State your name at the tone.

//

//

DATED this 18th day of April, 2017.

                                                /s/ Timothy J. Cavan  
                                                TIMOTHY J. CAVAN  
                                                United States Magistrate Judge