IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JACK SOLBERG, <br><br> Plaintiff, <br><br> vs. <br><br> ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY and JOHN DOE I, <br><br> Defendants. | CV 17-00029-BLG-SPW <br><br> ORDER |

Upon the Stipulation for Dismissal with Prejudice (Doc. 25) between the parties hereto, through their respective counsel of record, pursuant to Rule 41, Federal Rules of Civil Procedure, that Plaintiff's claims against Defendant Allstate Fire and Casualty Company and Jon Doe I have been fully and finally compromised and settled on the merits and should be dismissed with prejudice,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

DATED this 27th day of March, 2018.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1